The People of the State of New York, Respondent, v. Jack Reger, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application for Letters of Administration on the Goods, Chattels and Credits of Irene B. Gutfreund, Also Known as Irene B. Schwartz, Deceased. Alexander Gutfreund, Appellant; Matilda Brown, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

China Plaza, Inc., Respondent, v. Marnis Oil Co., Inc., Appellant.— Determination reversed, with costs and disbursements to the defendant-appellant in this court and in the Appellate Term, and judgment of the Municipal Court affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon and Dore, JJ., dissent and vote to affirm.

Betty Behr Engelhart and Federal Insurance Company, Appellants, v. Plaza Operating Company, a Corporation, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

David Mezey, Appellant, v. Julius Konopka and Feliksa Konopka, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Alexander Rose and Nathan Korn, Respondents, v. S. Howard Imbrey, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Horacio Pastor Velez, Appellant, v. The City of New York, Respondent.— Judgment reversed, with costs to the appellant, and a new trial ordered, on the ground that plaintiff's evidence established a prima facie case raising issues of fact for the jury which should not have been disposed of by the trial court purely as an issue of law. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Glennon, J., dissent and vote to affirm.

Camille Albergo, by Her Guardian ad Litem, Rosario M. Albergo, and Others, Respondents, v. Guiseppi Puglisi and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

American Metal Store Fronts Corp. and Others, Respondents, v. Craft Woodwork Corp. and Others, Defendants, Impleaded with Max Birnbaum, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## (April 24, 1942.)

Victor Schadenburg and Others, Respondents, v. George Monkus, Defendant, Impleaded with Spector Motor Service, Inc., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Dorothy Stirrat, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.